AGRICULTURAL INSURANCE COMPANY, Respondent, v. A. ROTHBLUM, INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MANIERI Alias LOUIS GRUBBE, Alias LOUIS CAPUTO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

I. L. ROSENSTEIN, INC., Appellant, v. THE BANK OF UNITED STATES, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

I. L. ROSENSTEIN, INC., Appellant, v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BESSIE LONDON, Appellant, v. SAMUEL J. CAPLAIN, Also Known as MAX SAMUELS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DECORATIVE FABRIC CORPORATION, Appellant, v. SIDNEY BLUMENTHAL & Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAMUEL WIESENTHAL, Appellant, v. MILTON KRANE and Others, Respondents. — Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

AMPHITRITE OPERATING CORPORATION, Respondent, v. AMPHITRITE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HARRY T. SMITH and ROBERT E. SMITH, Trustees under an Express Trust, Respondents, v. HARRY W. FINNELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM W. DECKERT, Respondent, v. ETHEL DECKERT, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BORDENTOWN BUILDING AND LOAN ASSOCIATION, Respondent, v. NATHAN E. CHASE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.